UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 17-134 (WMW/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN KELSEY GAMMELL,

      Defendant.

**NOTICE OF ADDING AN ATTORNEY IN A CRIMINAL CASE**

The following criminal case is adding a Trial Attorney as follows:

<u>Aaron R. Cooper</u>
<u>Trial Attorney</u>
<u>Criminal Division, U.S. Department of Justice</u>
<u>Computer Crime & Intellectual Property Section</u>
<u>New York Bar #5060652</u>

Dated: October 24, 2017

Respectfully submitted,

GREGORY G. BROOKER
Acting United States Attorney

/s/ Aaron Cooper

BY: AARON R. COOPER
Trial Attorney
Attorney ID No. 5060652