# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE DAVID T. SCHULTZ |
| | U.S. MAGISTRATE JUDGE |
| v. | Case No: 17-cr-134 (WMW/DTS) |
| JOHN KELSEY GAMMELL, | Date: October 30, 2017 |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: Courtroom 9E |
| | Court Reporter: Renee Rogge |
| | Recording: |
| | Time Commenced: 10:09 a.m. |
| | Time Concluded: 10:12 a.m. |
| | Time in Court: 3 Minutes |

APPEARANCES:

    Plaintiff: Timothy Rank, Assistant U.S. Attorney
    Defendant: Rachel Paulose, CJA Appointed Counsel

on  x Indictment    Date filed: June 5, 2017

☒ Reading of Indictment Waived             ☒ Not Guilty Plea Entered

Other Remarks:

    Scheduling order was previously issued.

K.Reierson<br><i>Law Clerk</i>