**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CRIMINAL MOTION HEARING**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN KELSEY GAMMELL,

        Defendant

COURT MINUTES
BEFORE: David T. Schultz
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 17-cr-134 (WMW/DTS) |
| Date: | October 30, 2017 |
| Court Reporter: | Renee Rogge |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 10:12 a.m. |
| Time Concluded: | 11:17 a.m. |
| Time in Court: | 1 hour, 5 minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

    Plaintiff:    Timothy Rank, Assistant U.S. Attorney
    Defendant:    Rachel Paulose, CJA Appointed Counsel

Non-Dispositive motions taken under advisement as of Oct. 30, 2017:  #9, 17, 18, 19, 20, 21, 22, 24

    X ORDER TO BE ISSUED

Dispositive motions taken under advisement as of  Oct. 30, 2017:  #26, 28

    X R&R TO BE ISSUED

                                                                          K.Reierson
                                                                          *Law Clerk*