# TRANSCRIPT ORDER

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
(Rev. 01/2017)

**COURT USE ONLY**
**NOTES:**

**1a. CONTACT PERSON FOR THIS ORDER**
Zac Fisher

**2a. CONTACT PHONE NUMBER**
612.524.3004

**3. CONTACT EMAIL ADDRESS**
zac.fisher@dlapiper.com

**1b. ATTORNEY NAME (if different)**
Rachel Paulose

**2b. ATTORNEY PHONE NUMBER**
612.524.3008

**3. ATTORNEY EMAIL ADDRESS**
rachel.paulose@dlapiper.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
DLA Piper LLP (US)
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402

**5. CASE NAME** (Include defendant number, for criminal cases only)
U.S.A. v. John Kelsey Gammell

**6. CASE NUMBER**
0:17-cr-00134-WMW-DTS

**7. COURT REPORTER NAME, if applicable**
Renee Rogge

**8. THIS TRANSCRIPT ORDER IS FOR** (CHECK ALL THAT APPLY):
☐ APPEAL   ☒ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☒ NON-APPEAL   ☐ CIVIL   ☐ Standing Order (**MDL** only)

CJA: Do not use this form; use AUTH24 in CJA.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) *NOTE: ECF access is included.*
c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2017 | DTS | | X | | | | X | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Zac Fisher

**12. DATE** 11/01/2017