UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00134 (WMW-DTS) |
| Plaintiff, | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| John Kelsey Gammell, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, John Kelsey Gammell, the Defendant in this case, agree to the following statement of facts to exclude time under the Speedy Trial Act.

I am aware of motions that are currently before this Court which may affect the outcome of the charges against me and aid in the preparation of my defense. I am agreeable to a trial date of the week of February 11, 2018.

Based on the above facts, I request that the period of time from now until February 11, 2018, be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: November 8, 2017           s/John Kelsey Gammell
                                  John Kelsey Gammell

Dated:  November 8, 2017	By   s/Rachel K. Paulose
	Rachel K. Paulose
	DLA Piper LLP (US)
	Attorney ID No. 0280902
	80 South Eighth Street, Suite 2800
	Minneapolis, Minnesota  55402-2013
	Telephone:   612.524.3008
	Facsimile:    612.524.3001
	rachel.paulose@dlapiper.com

	ATTORNEY FOR DEFENDANT

EAST\148259366.1