# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  17-cr-00134 (WMW-DTS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S OBJECTIONS TO** |
| v. | ) | **MAGISTRATE'S ORDER** |
| | ) | |
| John Kelsey Gammell, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636 and Loc. R. 72.2(A), Defendant John Kelsey

Gammell hereby objects to the Order of Magistrate Judge David T. Schultz filed

November 7, 2017.

Docket No. 42.  Specifically, Mr. Gammell objects to the rulings specified in the

following paragraphs at pages 2-4 of the Court's Order:

1.      Paragraph 6 denying Defendant's Motion for a Bill of Particulars [Docket

No. 22]; and

2.      Paragraph 7 denying Defendant's Motion for Disclosure of Informants

[Docket No. 24].

In support of Objection 1, Defendant relies on Docket Nos. 22 and 23, which are

incorporated herein by reference.

In support of Objection 2, Defendant relies on Docket Nos. 24 and 25, which are

incorporated herein by reference.

In further support of his Objections, Defendant also relies on his Memorandum in

Support of Objections to Magistrate's Order.


Dated:  November 21, 2017                    By    s/Rachel K. Paulose
                                                  Rachel K. Paulose
                                                  DLA Piper LLP (US)
                                                  Attorney ID No. 0280902
                                                  80 South Eighth Street, Suite 2800
                                                  Minneapolis, Minnesota  55402-2013
                                                  Telephone:  612.524.3008
                                                  Facsimile:   612.524.3001
                                                  rachel.paulose@dlapiper.com

                                                  ATTORNEY FOR DEFENDANT

EAST\148318295.1

2