# United States District Court

## FOR THE

### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Criminal No. 17-134 (WMW/DTS)

JOHN KELSEY GAMMELL,

    Defendant.

John Kelsey Gammell, the above-named defendant, who is accused of one count of conspiracy to Commit Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(a) and 1030(b), and two counts of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 1/17/2018

*John Gammell* (signature)
John Kelsey Gammell, Defendant

*signature*
Timothy C. Rank, Witness

*signature*
Rachel K. Paulose, Esq.
Robert D. Richman, Esq.

SCANNED
JAN 17 2018
U.S. DISTRICT COURT ST. PAUL