UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-cr-0134 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE AS TO RESTITUTION** |
| John Kelsey Gammell, | |
| Defendant. | |

---

The Court imposed a sentence in this matter with respect to Defendant John Kelsey Gammell on May 17, 2018. At the sentencing hearing, the Court ordered Gammell to pay mandatory restitution pursuant to Title 18, United States Code, Section 3663A. Because the United States and Gammell dispute the total amount of restitution, the Court conducted an evidentiary hearing following the imposition of Gammell's sentence, pursuant to Title 18, United States Code, Section 3664(d)(4).

If any victims' losses are not ascertainable 10 days before sentencing, the Court must make a final determination of the victims' losses within 90 days after sentencing. *Id.* § 3664(d)(5). As such, the Court sets the following briefing schedule to permit the United States and Gammell to address the disputed restitution issues in light of the evidence presented at the hearing:

1. The United States shall file a memorandum of law in support of its restitution position, no more than 20 pages in length, no later than **Friday, June 8, 2018**.

     2.       Gammell shall file a responsive memorandum of law, no more than 20 pages in length, no later than **Friday, June 22, 2018**.

     3.       The United States shall file a reply memorandum of law, no more than 10 pages in length, no later than **Friday, June 29, 2018**.

     4.       The Court will take the restitution issue under advisement when all of the foregoing written submissions have been filed, and a restitution order will follow.

Dated: May 23, 2018

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge